UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SHARMEEN SMALLS *o/b/o Shahem Smalls*,

                    Plaintiff,

    -against-

JO ANNE B. BARNHART,
Commissioner of Social Security,

                    Defendant.
-----------------------------------------------------------------X

JUDGMENT
05-CV-2061 (JG)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ APR 28 2006 ★
BROOKLYN OFFICE

An Order of Honorable John Gleeson, United States District Judge, having been filed on November 30, 2005, remanding the case to the Commissioner for further proceedings; and directing that this remand is without prejudice to the claimant's right to seek judicial review in this Court in the event she is again denied benefits; it is

ORDERED and ADJUDGED that the case is remanded to the Commissioner for further proceedings; and that the case is remanded without prejudice to the claimant's right to seek judicial review in this Court in the event she is again denied benefits.

Dated: Brooklyn, New York
       April 27, 2006

s/Robert C. Heinemann
ROBERT C. HEINEMANN
Clerk of Court